IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY TIELKE AND MELISSA ANN TIELKE § § § | |
| VS. § | CA NO.: 4:17-CV-02609 |
| § | |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2003-3, NATIONSTAR MORTGAGE, LLC, AND BARRETT, DAFFIN, FRAPPIER, TURNER & ENGEL, LLP § § § § § § § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, TIMOTHY TIELKE AND MELISSA TIELKE, by and through their counsel of record, hereby stipulate that all claims by them, against Defendants, The Bank of New York Mellon, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2003-3 and Nationstar Mortgage, LLC, in the above-styled action be dismissed with prejudice and that each of the parties pay their respective fees and costs.

THE TREVIÑO LAW FIRM
By:_____ /s/ Lu Ann Treviño _____
Lu Ann Treviño
Texas Bar No. 24008180
Federal Id. No. 26070
13201 Northwest Freeway, Suite 800
Houston, Texas 77040
(713) 341-7550 - Telephone
(888) 896-2102 - Fax
latrevino@trevino-law.com
**ATTORNEY FOR PLAINTIFFS**

By: _____/s/ Elizabeth Chandler_____
Elizabeth Chandler
SBN: 240097484
**McGuireWoods LLP**
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499
**ATTORNEY FOR DEFENDANTS**
**THE BANK OF NEW YORK MELLON**
**AND NATIONSTAR MORTGAGE LLC**
**D/B/A MR. COOPER**

CERTIFICATE OF SERVICE

This is to certify that on this 25th day of March 2019, a true and correct copy of the foregoing document has been delivered to all parties via ECF.

\_\_\_\_/s/ Lu Ann Treviño_____
Lu Ann Treviño